UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICKY CALHOUN ,<br>Plaintiff,<br>v.<br>LAURA MCGOWAN, et al. ,<br>Defendant. | CASE NO. 3:26-cv-05928-RSM-BAT<br>**ORDER DENYING MOTION FOR COUNSEL, DKT. 5** |

On September 8, 2026, Plaintiff filed a motion for appointment of counsel. Dkt. 5. There is no constitutional right to counsel in a civil case. *Adir Int'l, LLC v. Starr Indem. & Liab. Co.*, 994 F.3d 1032, 1038–39 (9th Cir. 2021) (quotation omitted). However, in exceptional circumstances the Court may appoint counsel for indigent civil litigants under 28 U.S.C. § 1915(e)(1). *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009) (citation omitted). To determine if exceptional circumstances exist, a court considers the likelihood of success on the merits and the plaintiff's ability to articulate his claims in view of the complexity of the legal issues involved. *Id*. Neither factor is dispositive, and both are evaluated together. *See Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

Here, Plaintiff filed a 70-page civil rights complaint alleging Defendants failed to provide adequate medical care. The claim is not complex, and plaintiff has shown adequately ability to

presents his claims, including supporting his complaint with a lengthy set of exhibits. Plaintiff contends he lacks legal expertise and access to legal resources, but these are not exceptional circumstances but circumstances applicable to all detainees. The Court's records indicate Plaintiff has filed nine prior lawsuits in this Court, and thus Plaintiff possesses greater than average familiarity with the Courts. Plaintiff also contends his claims are meritorious but at this early stage, the Court find this is so. The Court accordingly concludes this is not a case in which exceptional circumstances compel appointment of counsel.

Accordingly, the Court **ORDERS**:

1. The motion for appointment of counsel, Dkt. 5, is **DENIED**, without prejudice.
2. The clerk shall provide a copy of this order to Plaintiff and defense counsel.

DATED this 14th day of September, 2026.



BRIAN A. TSUCHIDA
United States Magistrate Judge