The Honorable Brian A. Tsuchida

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| RICKEY CALHOUN,<br><br>Plaintiff<br><br>v.<br><br>LAURA MCGOWAN, et al.,<br><br>Defendants. | NO. 3:26-cv-05928-RSM-BAT<br><br>ORDER GRANTING AGREED MOTION FOR EXTENSION OF DEADLINE FOR INITIAL RESPONSIVE PLEADING<br><br>~~(PROPOSED)~~<br><br>**NOTED FOR CONSIDERATION ON: October 12, 2026** |

BEFORE THIS COURT, is an Agreed Motion to Extend Deadline for Initial Responsive Pleading, jointly filed by Plaintiff Rickey Calhoun, pro se, and the Defendants, by and through NICK W. BROWN, Attorney General of Washington, and Christos Argiannis, Assistant Attorney General. It is thereby ORDERED:

/ / /

/ / /



ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

The Agreed Motion to Extend Deadline for Initial Responsive Pleading is GRANTED, and Defendants' initial responsive pleading shall be filed by November 20, 2026.

DONE IN COURT this 13th day of October, 2026.

THE HONORABLE BRIAN A. TSUCHIDA
U.S. District Court Judge



ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744